| | |
|---|---|
| 1  SCOTT N. SCHOOLS (SC 9990)<br>United States Attorney | **FILED** |
| 2 | |
| 3  MARK L. KROTOSKI (CSBN 138549)<br>Chief, Criminal Division | FEB 2 3 2007 |
| 4  LAUREL BEELER (CSBN 187656)<br>Assistant United States Attorney | RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6765
Facsimile: (415) 436-7234
E-Mail: laurel.beeler@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 03 213 WHA (MEJ) |
| Plaintiff, | ) ) | UNITED STATES' REQUEST TO RETURN PASSPORTS AND ORDER |
| v. | ) ) | (P̶R̶O̶P̶OSED) |
| DAVID KLARMAN, | ) ) | |
| Defendant. | ) ) | |

As reflected in the Court's order of July 31, 2003, defendant David Klarman surrendered his passport to the Clerk of the Court as a condition of his release in case number CR 03 213 WHA. As a condition of David Klarman's release, Marie Klarman also surrendered her passport to the Clerk of the Court. Subsequently, the Court lifted David Klarman's travel restrictions.

The Klarmans have asked for the return of their passports, and the United States does not object. A proposed order is attached.

SCOTT N. SCHOOLS
United States Attorney

Dated: 02/21/07

/s/ Laurel Beeler
LAUREL BEELER
Assistant United States Attorney

UNITED STATES' REQUEST
AND ORDER (CR 03 213 WHA)

1  For good cause shown, the Clerk of the Court is directed to return David Klarman's and
2  Marie Klarman's passports. All of David Klarman's other conditions of release shall remain in
3  effect.
4  IT IS SO ORDERED.
5  Dated: 2-23-07

MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES' REQUEST
AND ORDER (CR 03 213 WHA)                2