1 Edward W. Swanson SBN 159859
SWANSON & McNAMARA LLP
2 300 Montgomery Street, Suite 1100
San Francisco, California 94104
3 Telephone: (415) 477 3800
Facsimile: (415) 477 9010
4

5 Attorney for DAVID SCOTT KLARMAN

6

7

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       **Case No. CR 03-0213 WHA**

12               Plaintiff,       **STIPULATION AND [~~PROPOSED~~]**
**ORDER TO CALENDAR SENTENCING**
13    vs.

14 DAVID SCOTT KLARMAN, et al.

15              Defendants.

16                         **STIPULATION**

17     Defendant David Scott Klarman, by and through his counsel, Edward W. Swanson, and the

18 United States, by and through Assistant United States Attorney Laurel Beeler, hereby stipulate and

19 agree to place Mr. Klarman's sentencing on calendar for July 10, 2007. This date is available for

20 the court and convenient for the parties.

21

22     IT IS SO STIPULATED.

23

24 DATED: March 29, 2007                   /s/
                                       Edward W. Swanson
25                                        Attorney for Defendant DAVID KLARMAN

26

27 DATED: March 29, 2007                   /s/
                                       Laurel Beeler
28                                        Assistant United States Attorney

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: April 4, 2007



The Honorable William H. Alsup
United States District Judge

2