SCOTT N. SCHOOLS (SC 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

LAUREL BEELER (CASBN 187656)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6765

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 03 213 WHA |
|     Plaintiff, ) | |
| ) | NOTICE OF DISMISSAL |
| v. ) | |
| ) | |
| DAVID KLARMAN, ) | (San Francisco Venue) |
|     Defendant. ) | |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses with prejudice Count Two of the Superseding Information charging money laundering in violation of 18 U.S.C. § 1956(a)(1)(b).

DATED: June 23, 2007

    Respectfully submitted,

    SCOTT N. SCHOOLS
    United States Attorney

    For MARK L. KROTOSKI
    Chief, Criminal Division

NOTICE OF DISMISSAL (CR 03 213 WHA)

Leave is granted to the government to dismiss count two of the superseding information.

Date: 7/23/07

s/William Alsup

WILLIAM H. ALSUP
United States District Judge