Edward W. Swanson SBN 159859
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for DAVID SCOTT KLARMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DAVID SCOTT KLARMAN, <br><br> Defendant. | Case No. CR 03-0213-WHA <br><br> MOTION AND [PROPOSED] ORDER FOR EXONERATION OF BOND FOR DAVID SCOTT KLARMAN |

**STIPULATION**

In connection to Defendant David Scott Klarman's release, Mr. Klarman's parents posted property located at 110 Sunny Hill Drive, East Norwich, New York ("the property") as partial security for the $1,000,000 bond.

On July 10, 2007, Mr. Klarman was sentenced to three years probation. Mr. Klarman respectfully requests that the Court order the reconveyance of the deeds of trust for the property posted in connection with his release.

DATED:     July 13, 2007

                                         /s/
                              EDWARD W. SWANSON
                              Swanson, McNamara & Haller LLP
                              Attorney for Defendant JAMES FRANCIS DONNELLY

**ORDER**

For good cause shown, IT IS HEREBY ORDERED that the Clerk of the Court is instructed to provide the full reconveyance for the property located at 110 Sunny Hill Drive, East Norwich, New York, posted by David Scott Klarman's parents in the above-captioned case.

**IT IS SO ORDERED.**

DATED:  August 6, 2007

                                                                                             _____
                                                                                             ~~JOSEPH C. SPERO~~ MARIA-ELENA JAMES
                                                                                             United States Magistrate Judge

*IT IS SO ORDERED. Judge Maria-Elena James* [stamp]